# OSBORN LAW P.C.

Daniel A. Osborn, Esq.　　43 West 43rd Street, Suite 131　　Email: info@osbornlawpc.com
Lindsay M. Trust, Esq.　　New York, New York 10036　　www.osbornlawpc.com
　　　　　　　　　　　　Phone: 212-725-9800
　　　　　　　　　　　　Facsimile: 212-500-5115

> Plaintiff's letter-motion requesting an extension of the
> social security briefing schedule (ECF No. 13) is GRANTED,
> and the proposed amended briefing schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No.
> 13.
>
> SO ORDERED 11/30/2021

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

　　　　　Re:　*Finn v. Commissioner of Social Security,*
　　　　　　　Civil Action No  1:21-cv-05457-SLC

Dear Judge Cave,

　　We write on behalf of plaintiff, Tyrone M. Finn, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings.  Plaintiff's motion is due on December 3, 2021. Plaintiff respectfully requests an extension of time up to and including February 1, 2022.  This is plaintiff's first request for an extension.  The request is necessitated by the number of briefs due to be filed by our office within the next 30 days.

　　At this time, plaintiff Tyrone M. Finn respectfully requests the following revised briefing schedule:

　　　　a.　Plaintiff to file his motion for judgment on the pleadings on or
　　　　　　before **February 1. 2022**;

Honorable Sarah L. Cave
November 29, 2021
Page 2

      b.  Defendant to file its response/cross-motion on or before **April 4, 2022**; and

      c.  Plaintiff to file his reply (if any) on or before **April 25, 2022**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Leslie Ramirez-Fisher, Esq. (by ECF)