# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

> Plaintiff's letter-motion for an extension of the social security briefing schedule (ECF No. 15) is GRANTED, and the proposed briefing schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 15.
>
> SO ORDERED 1/28/2022
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave  
United States Magistrate Judge  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1670  
New York, New York 10007

      Re:   *Finn v. Commissioner of Social Security,*  
              Civil Action No  1:21-cv-05457-SLC

Dear Judge Cave,

      We write on behalf of plaintiff, Tyrone M. Finn, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on February 1, 2022. Plaintiff respectfully requests an extension of time up to and including April 1, 2022. This is plaintiff's second request for an extension. The request is necessitated by the number of briefs due to be filed by our office within the next 30 days.

      At this time, plaintiff Tyrone M. Finn respectfully requests the following revised briefing schedule:

      a. Plaintiff to file his motion for judgment on the pleadings on or before **April 1. 2022**;

      b. Defendant to file its response/cross-motion on or before **May 31, 2022**; and

Honorable Sarah L. Cave
January 28, 2022
Page 2

      c.   Plaintiff to file his reply (if any) on or before **June 21, 2022**.

Thank you for your consideration of this request.

                        Respectfully submitted,

                        s/Daniel A. Osborn
                        Daniel A. Osborn
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:   212-725-9800
                        Facsimile:    212-500-5115
                        dosborn@osbornlawpc.com

cc: Ariella Zoltan, Esq. (by ECF)