**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TYRONE M. FINN,

                          Plaintiff,

    -against-                                      21 **CIVIL** 5457 (SLC)

                                                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2022, Mr. Finn's Motion is DENIED and the Commissioner's Motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 15, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                          **Clerk of Court**

                                     **BY:**      *K. Mango*
                                                          _____
                                                          **Deputy Clerk**